ROBERT M. PETERSON [Bar No.: 100084]
MELISSA A. DUBBS [Bar No.: 163650]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:     (415) 391-3911
Facsimile:      (415) 391-3898

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RYAN BEAUDIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.:  C09-01577 CW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS, and ORDER AS MODIFIED [Local Rule 6-2]** |

Plaintiff Ryan Beaudin and Defendant Travelers Property Casualty Insurance Company (collectively, "the Parties") through their respective attorneys of record hereby agree and stipulate as follows:

1.  This is an insurance coverage declaratory relief action. Defendant Travelers Property Casualty Insurance Company ("Travelers") filed a Motion to Dismiss under FRCP Rule 12(b)(6), which was originally set for hearing on June 4, 2009. The Parties thereafter stipulated, and the Court ordered, that the hearing be continued to August 6, 2009, in light of recent developments in the pertinent case law, and to allow the Parties additional time to explore methods of private resolution.

198538

2. The Parties have since reached an agreement in principle with respect to a settlement of this action. Counsel are currently negotiating and drafting the terms of a formal written settlement agreement. They therefore jointly request that the hearing on defendant Travelers' Motion to Dismiss be continued another 60 days, to October 6, 2009, or as soon thereafter as the Court may hear this matter, and that plaintiff Ryan Beaudin be granted a corresponding extension of time to file an opposition brief. Good cause for such continuance and extension exists in that the Parties believe it will permit them time to finalize their settlement, and thereby resolve this dispute without further court proceedings.

SO STIPULATED.

DATED:  July 20, 2009                               LONG BLUMBERG, LLC


                                                    By _____
                                                        THOMAS E. BRINLEY
                                                        Attorneys for Plaintiff
                                                        RYAN BEAUDIN


DATED:  July 20, 2009                               CARLSON, CALLADINE & PETERSON LLP


                                                    By _____
                                                        ROBERT M. PETERSON
                                                        MELISSA A. DUBBS
                                                        Attorneys for Defendant
                                                        TRAVELERS PROPERTY CASUALTY
                                                        INSURANCE COMPANY

# ORDER

Good cause appearing, and pursuant to stipulation, **IT IS ORDERED** that the Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) is continued to **October 8, 2009 at 2:00 p.m. The Case Management Conference, previously set for August 4, 2009, is also continued to October 8, 2009, at 2:00 p.m.**

Dated: _____7/24/09_____          By:_____/s/ Claudia Wilken_____

                                    United States District Judge