1  Joseph A. Long - CA State Bar No.: 104651
   Thomas E. Brinley - CA State Bar No.: 148177
2  LONG BLUMBERG
   2950 Buskirk Avenue, Suite 315
3  Walnut Creek, California 94597
   Telephone: (925) 941-0090
4  Facsimile: (925) 941-0085

5  Attorneys for Plaintiff
   RYAN BEAUDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RYAN BEAUDIN, | Case No.: C09-01577 CW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| v. | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff RYAN BEAUDIN and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY (hereinafter "Parties") by and through their respective attorneys of record herein, hereby agree and stipulate that all matters in issue related to the Complaint in the above-captioned matter between the parties have been resolved pursuant to a fully executed "Settlement Agreement", a copy of which is attached hereto as Exhibit A. The parties therefore agree and stipulate that the above captioned matter be hereby dismissed with prejudice; each party to bear their own attorneys' fees and costs herein.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: September 11, 2009    LONG BLUMBERG |
| 3 | By: /s/ Joseph A. Long |
| 4 | JOSEPH A. LONG<br>THOMAS E. BRINLEY |
| 5 | Attorneys for Plaintiff<br>RYAN BEAUDIN |
| 6 | DATED: September 16, 2009    CARLSON, CALLADINE & PETERSON LLP |
| 7 | By: /s/ Robert M. Peterson |
| 8 | ROBERT M. PETERSON<br>MELISSA A. DUBBS |
| 9 | Attorneys for Defendant<br>TRAVELERS PROPERTY CASUALTY<br>INSURANCE COMPANY |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the above-captioned matter be and is dismissed.

IT IS SO ORDERED.

DATED: September 23, 2009

_____
Judge Claudia Wilken
Judge, United States District Court
Northern District of California

*IT IS SO ORDERED*
/s/ Claudia Wilken
Judge Claudia Wilken